

## Fourth Court of Appeals
### San Antonio, Texas

**MEMORANDUM OPINION**

No. 04-25-00805-CV

Jose **LEIJA**,
Appellant

v.

**VALERO ENERGY CORPORATION**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2022-CI-14646
Honorable Christine Vasquez Hortick, Judge Presiding

PER CURIAM

Sitting:     Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice
             H. Todd McCray, Justice

Delivered and Filed: June 24, 2026

DISMISSED FOR WANT OF PROSECUTION

Appellant's brief was originally due March 9, 2026; however, the court granted an extension to April 8, 2026. On April 6, 2026, appellant's counsel, Arnold & Itkin, LLP, filed a motion to withdraw and further requested an extension of time to file the brief to April 23, 2026. In their motion, Arnold & Itkin indicated appellant informed them he would be hiring a different law firm to represent him on appeal. After denying their motion to withdraw without prejudice to refiling one that complied with Rule 6.5 of the Texas Rules of Appellate Procedure, we granted

the extension to April 23, 2026. However, neither the brief nor a motion for extension of time was filed.

We therefore ordered appellant, Jose Leija, to file, by May 14, 2026**,** appellant's brief and a written response reasonably explaining his failure to timely file the brief. We admonished appellant that if he failed to file a brief and the written response by the date ordered, we would dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a). Appellant has not filed the brief or a written response reasonably explaining his failure to timely file it.

Accordingly, this appeal is dismissed.

PER CURIAM